Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00126-CV

____________

 

RUBY BINKLEY, Appellant

 

V.

 

JAMES BRETT BINKLEY AND DONNA JAN
BINKLEY, Appellees

 



 

On Appeal from Probate Court No. 1

Harris County, Texas

Trial Court Cause No. 360899-401

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 26, 2006.  On June 11, 2007, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Anderson, Fowler, and Frost.